# United States Court of Appeals
### For The District of Columbia Circuit

_____

| | |
|---|---|
| **No. 11-1414** | **September Term, 2012** |
| | SEC-Rel34-64994 |
| | Filed On: June 3, 2013 [1438945] |

NetCoalition and Securities Industry and
Financial Markets Association,

      Petitioners

      v.

Securities and Exchange Commission,

      Respondent

## O R D E R

Upon consideration of the stipulation for dismissal of this petition for review, it is

      **ORDERED** that the Clerk note on the docket that this case is dismissed. No mandate will issue.

                                            **FOR THE COURT:**
                                            Mark J. Langer, Clerk

                BY:    /s/
                              Mark A. Butler
                              Deputy Clerk